PETRILLO KLEIN + BOXER LLP
Emma Spiro
NJ Attorney ID#: 471522024
655 Third Avenue, 12th Fl
New York, New York 10017
(212) 370-0335

Attorneys for Defendant
*M&D Capital Premier Billing, LLC,*
*d/b/a Alteva RCM*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Shield of New Jersey,<br><br>*Plaintiff*,<br><br>v.<br><br>M&D Capital Premier Billing, LLC, d/b/a Alteva RCM<br><br>*Defendant*. | **Case No.: 2:26-cv-07537-CCC-JSA**<br><br>**CONSENT ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

This Consent Order having been submitted to the Court on stipulation by

Petrillo Klein + Boxer LLP, attorneys for defendant M&D Capital Premier Billing,

LLC, d/b/a Alteva RCM, for an order extending the time to answer, move, or respond to the Complaint in this case to September 21, 2026; and Crowell & Moring LLP attorneys for plaintiff Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Shield of New Jersey, having consented to the requested relief; and this being the first extension of the deadline for M&D Capital Premier Billing, LLC to answer, move, or otherwise respond to the Complaint; and for good cause having been shown;

IT IS on this 17th day of July, 2026

**ORDERED** that M&D Capital Premier Billing, LLC time to answer, move, or otherwise respond to the Complaint shall be extended to September 21, 2026.


**s/ Jessica S. Allen**

HON. JESSICA S. ALLEN, U.S.M.J.

STIPULATED AND AGREED:

By: */s/ Emma Spiro*
    Emma Spiro
    Petrillo Klein + Boxer LLP
    655 Third Avenue, 12th Floor
    New York, NY 10017
    (212) 370-0330
    espiro@pkbllp.com

By: */s/ Laura Schwartz*
    Laura Schwartz
    Crowell & Moring LLP
    515 South Flower Street, 40th Floor
    Los Angeles, CA 90071
    (213) 443-5581
    lschwartz@crowell.com

*Attorneys for Defendant*        *Attorneys for Plaintiff*

- 2 -