Emma Spiro
NJ Attorney ID #: 471522024
PETRILLO KLEIN + BOXER LLP
655 Third Avenue, 12th Floor
New York, New York 10017
(212) 370-0335

*Attorneys for Defendant*
*M&D Capital Premier Billing, LLC,*
*d/b/a Alteva RCM*

Sean Hecker*
Jacob Steiner*
Madeline Verniero*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883

**Admitted pro hac vice*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey, : | |
| *Plaintiff*, : | Case No: 2:26-cv-07537- CCC-JSA |
| : | **NOTICE OF MOTION** |
| v. : | **Motion Day: October 19, 2026** |
| : | *Electronically filed via CM/ECF* |
| M&D Capital Premier Billing, LLC, d/b/a Alteva RCM, : | |
| *Defendant*. : | |

**TO: COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on October 19, 2026, or as soon thereafter as counsel may be heard, Defendant M&D Capital Premier Billing, LLC, d/b/a Alteva RCM ("Alteva") shall move before the Honorable Claire C. Cecchi, at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), granting Defendant's Motion to Dismiss Plaintiff Horizon Healthcare Services,

Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey's ("Horizon") Complaint and dismissing Horizon's Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within Motion, Defendant shall rely upon the accompanying Memorandum of Law, all other papers submitted herewith, and any additional submissions made hereafter.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order is submitted herewith for the Court's consideration pursuant to Local Civil Rule 7.1(e).

**PLEASE TAKE FURTHER NOTICE** that Defendant respectfully requests oral argument pursuant to Local Civil Rule 78.1.

Dated: September 21, 2026

PETRILLO KLEIN + BOXER LLP

Emma Spiro

Emma Spiro
NJ Attorney ID #: 471522024
PETRILLO KLEIN + BOXER LLP
655 Third Avenue, 12th Floor
New York, New York 10017
(212) 370-0335

*Attorneys for Defendant*
*M&D Capital Premier Billing, LLC,*
*d/b/a Alteva RCM*

Sean Hecker*
Jacob Steiner*
Madeline Verniero*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883

**Admitted pro hac vice*