Emma Spiro
NJ Attorney ID #: 471522024
PETRILLO KLEIN + BOXER LLP
655 Third Avenue, 12th Floor
New York, New York 10017
(212) 370-0335

*Attorneys for Defendant*
*M&D Capital Premier Billing, LLC,*
*d/b/a Alteva RCM*

Sean Hecker*
Jacob Steiner*
Madeline Verniero*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883

**Admitted pro hac vice*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey, *Plaintiff*, v. M&D Capital Premier Billing, LLC, d/b/a Alteva RCM, *Defendant*. | Case No: 2:26-cv-07537- CCC-JSA<br>**CERTIFICATE OF SERVICE**<br>*Electronically filed via CM/ECF* |

I, Emma Spiro, hereby certify that, on the date set forth below, I caused a true and correct copy of the following documents submitted on behalf of Defendant M&D Capital Premier Billing, LLC, d/b/a Alteva RCM ("Alteva") to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of filing to all counsel of record:

- Notice of Motion;
- Memorandum of Law in Support of Defendant's Motion to Dismiss;

- Proposed Order; and
- This Certificate of Service.

I hereby certify that the foregoing statements made by me are true.

Dated: September 21, 2026

PETRILLO KLEIN + BOXER LLP

Emma Spiro

Emma Spiro
NJ Attorney ID #: 471522024
PETRILLO KLEIN + BOXER LLP
655 Third Avenue, 12th Floor
New York, New York 10017
(212) 370-0335

*Attorneys for Defendant*
*M&D Capital Premier Billing, LLC,*
*d/b/a Alteva RCM*

Sean Hecker*
Jacob Steiner*
Madeline Verniero*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883

**Admitted pro hac vice*