Emma Spiro
NJ Attorney ID #: 471522024
PETRILLO KLEIN + BOXER LLP
655 Third Avenue, 12th Floor
New York, New York 10017
(212) 370-0335

*Attorneys for Defendant*
*M&D Capital Premier Billing, LLC,*
*d/b/a Alteva RCM*

Sean Hecker*
Jacob Steiner*
Madeline Verniero*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883

**Admitted pro hac vice*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey, *Plaintiff*, | Case No: 2:26-cv-07537- CCC-JSA |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| M&D Capital Premier Billing, LLC, d/b/a Alteva RCM, *Defendant*. | *Electronically filed via CM/ECF* |

**THIS MATTER** having been brought before the Court by Petrillo Klein + Boxer LLP and Hecker Fink LLP, attorneys for Defendant M&D Capital Premier Billing, LLC, d/b/a Alteva RCM ("Alteva"), by way of motion seeking an order dismissing the Complaint filed by Plaintiff Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey ("Horizon") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6); and the Court having considered the papers filed in support thereof and any opposition thereto; and for good cause shown,

**IT IS** on this________day of____________________, 2026;

**ORDERED** that Defendant's Motion to Dismiss is GRANTED; and it is further

**ORDERED** that the Complaint is hereby DISMISSED *with prejudice*.

___________________________________
HON. CLAIRE C. CECCHI
United States District Judge